# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MARSHA M. EWING-CARODINE,
DEBRA F. HARDEN-HUBBARD, and
FANNIE M. VAUGHT,

    Plaintiffs,

vs.                                      Case No:  2:13-cv-02560-STA-dkv

SHELBY COUNTY SCHOOLS,
a Public School District,
Formerly Known as
MEMPHIS CITY SCHOOLS,

    Defendant.

## AGREED ORDER OF DISMISSAL

The parties have submitted a Joint Stipulation of Dismissal indicating that this matter may be dismissed with prejudice, with each party to bear its own costs and expenses.  This case is therefore **DISMISSED** in its entirety with prejudice.

    **IT IS SO ORDERED.**

                                          **s/ S. Thomas Anderson**
                                          S. THOMAS ANDERSON
                                          UNITED STATES DISTRICT JUDGE

                                          Date: January 29, 2015

Agreed as to form:

s/Maureen T. Holland
Maureen T. Holland, #15202

Yvette G. Holland, # 32174
*Attorneys for Plaintiff*
1429 Madison Avenue
Memphis, Tennessee 38104
Telephone:  (901) 278-8120
Facsimile:   (901) 278-8125

s/Kathleen L. Caldwell_____
Kathleen L. Caldwell, #9916
*Attorney for Plaintiff*
2670 Union Avenue Ext., Suite 110
Memphis, TN 38112
Telephone: (901) 458-4035
Facsimile:  (901) 458-4037

s/Cecilia S. Barnes_____
Cecilia S. Barnes, #17244
barnesc1@scsk12.org
Yasmin A. Mohammad, #29970
Mohammady@scsk12.org
*Attorneys for Defendant*
Shelby County Schools
160 South Hollywood, Room 115
Memphis, TN 38112