UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **MARSHA M. EWING-CARODINE, DEBRA F. HARDEN-HUBBARD, and FANNIE M. VAUGHT** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **SHELBY COUNTY SCHOOLS, a Public School District, Formerly Known as MEMPHIS CITY SCHOOLS** | **CASE NO: 13-2560-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal entered on January 29, 2015, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 1/30/2015

                                           THOMAS M. GOULD
                                         Clerk of Court

                                           s/Terry L. Haley
                                     (By) Deputy Clerk